**Electronically Filed
Supreme Court
SCMF-12-0000538
21-OCT-2022
10:09 AM
Dkt. 186 NP**

SCMF-12-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

In the Matter of the
JULY 2022 EXAMINATION FOR ADMISSION
TO THE BAR OF THE STATE OF HAWAIʻI

NOTICE OF PASSING THE HAWAIʻI BAR EXAMINATION

The applicants listed below are hereby notified that each has passed the

July 2022 Hawaiʻi examination for admission to the Bar of the State of Hawaiʻi, as

required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawaiʻi

(RSCH):

David H. Abitbol
Joseph Clifton Ainsworth
Kelli Marie Albrecht
Elise Carolene Anderson
David Eitan Arom
Ariel Marisa Ashe-Ramirez
Troy Wallace Ballard
Catherine Alicia Barbour
Quincy Scott Bedoya
Justin Maika Bongco
Gabrielle Sarah Brizel
Harley Mikaela Broyles
Hannah Christine Caddle
Arianne Monica Cameros
Christopher David Carbonaro
Andrew Michael Carmody
Kendrick Sai Yau Chang
Fred Mark Chesbro
Allan Sai On Ching

Deborah Boram Cho
Courtney Elizabeth Choy
Maria Christina Flores Cruz
Jacqueline Michelle de Leeuw Huang
Alexa Deike
Spencer Miles Diamond
Deborah A. DiCristofaro
Jazmine Halaevalu
    Teuilamatagofieilevaʻai Emerson
David Borja Enriquez
Devin C. K. Forrest
Melanie Chieko Fujita
Kenneth Villanueva Go
Lydia Michaelina Grasso
Philip Robbins Green
Enne Mae Batacan Guerrero
Debora Jean Halbert
Henry Christopher Har
Nephi Dale Hardman

Katherine Takeko Hiraoka
Jonah Kiichiro Helenihi Hoshino
Wen Wu Huang
Cindy Huynh
Cynthia Nguyen Isenbarger
Jason Lee James
Austin Hiroichi Jim On
Elisha Jacqueline Jussen-Cooke
Kolby Kanaia Kahahawai
Kym Sachiko Kanenaka
Ciara Emiko Kamalani Keamo
Kaena Keao
Kona Jean Keast-O'Donovan
Sarah Margaret Kelly
Rima Susan Khoury
Nicole Haeri Kim
Kelli Ann Akemi Kobayashi
Christian Daniel Kunz
Troy Andrew Lawrence
Jesse Jihei Maeda
Jonathan Niichi Marchuk
Jennifer Eri Maruyama
Scott Yataro Matsuda
Candice Stacey McPhillips
Harley Roxanne Mewha
Saige Irisa Kayo Miller
Dave Kaiwi Kiyoshi Miyamoto
Nicholas Martin Moore
Codie Emi Murata
Christine Eiko Nishigaya
Michelle Natsumi Nishimoto
Madison Jane Palau McDonald

Christopher Hong Yin Pang
Michael Eldredge Plank
Adrian Pierce Reifsnyder
Carlo Reyes
Noah M. Rodby
Isaac Elliot Row
Ross Hiroshi Sakai
Ciarra Bayaya Sapigao
Areg Allen Sarkissian
Morgan Kiyomi Sasaki
Patricia Alexandra Vieira Sendao
Tyler Gordon Simpson
Devanand Jonathan Singh
Steven Richard Slazyk
Yanita V. Spiker
Olivia Pearl Staubus
Olivia Christine Stevens
Treyson Toshio Suemori
Emily Kosei Tanaka
Nina Gabrielle Tholl
Maya Alyse VanDrunen
Emily Miyoung Walker
Lisa Pettibone Webb
Jason Lee Wojciechowski
Alexander Mun Hao Toshihiro Wong
Turner Mei Yi Wong
Emma Elizabeth Keala Young
Marissa Christine Yuen
Eton Zhou

Each applicant is reminded that, until he or she has met all other requirements as set forth in RSCH Rule 1.3, and has been admitted to practice law by the Supreme Court of the State of Hawaiʻi, that applicant may <u>not</u> engage in the practice of law in this jurisdiction.

DATED:  Honolulu, Hawaiʻi, October 21, 2022.

BOARD OF EXAMINERS

By:     /s/ Elizabeth Zack

Its Secretary

